PROB 12A
DMT Rev 8-18

# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF MONTANA

### Report on Offender Under Supervision

**FILED**

JUN 04 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

**Name of Offender:** Kenneth Chandler                **Docket Number:** 0977 9:15CR00001-002

**Name of Sentencing Judicial Officer:** THE HONORABLE DANA L. CHRISTENSEN
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/03/2015

**Original Offense:** 21:841A=CD.F; CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE

**Original Sentence:** 70 months custody, 60 months supervised release

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** 11/22/2019

## NON-COMPLIANCE SUMMARY

### Background

On 09/03/2015, the defendant appeared for sentencing before THE HONORABLE DANA L. CHRISTENSEN, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 21:841A=CD.F; CONTROLLED SUBSTANCE - SELL - DISTRIBUTE - OR DISPENSE. The offense involved the defendant distributing methamphetamine in the Kalispell area. The defendant was sentenced to 70 months custody, followed by 60 months supervised release. The defendant began the current term of supervised release on 11/22/2019.

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory condition:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>The defendant contacted the undersigned officer and admitted to consuming methamphetamine on 5/22/2020. |

### U.S. Probation Officer Action:

The defendant admitted to his methamphetamine use before being tested and will enroll in substance abuse and mental health treatment with Western Montana Mental Health in Kalispell. The defendant has completed RDAP while in BOP custody and TDAP while at the Great Falls

Report on Offender Under Supervision
Name of Offender: Kenneth Chandler
Page 2

RRC. The undersigned officer requests the defendant's supervision to continue unchanged while attending treatment.

Reviewed

By: *Derek Hart* (signature)

Derek Hart
Supervising United States Probation Officer
Date: 06/03/2020

Respectfully Submitted

By: *Evin Hansen* (signature)

Evin Hansen
United States Probation Officer

Date: 06/03/2020

## ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Agrees with U.S. Probation Officer's recommendation

*Dana L. Christensen* (signature)

Dana L Christensen
United States District Judge

6/4/2020
Date